Claude Wayland, appellant, v. City of Chicago, appellee. Gen. No. 40,345.

Opinion filed May 2, 1939.

Rehearing denied May 20, 1939.

Irving G. Zazove and Charney & Servos, for appellant. Barnet Hodes, Corporation Counsel, for appellee; Alexander J. Resa, Assistant Corporation Counsel, of counsel.

Mr. Justice Friend delivered the opinion of the court.

John E. Erickson, appellant, v. Arthur J. Olson et al., individually and as Bondholders' Protective Committee of Paulina Apartments, appellees. Gen. No. 40,410.

Opinion filed May 2, 1939.

Paul J. Huxmann and David J. Swanson, for appellant. Murphy, Lilliander & Gemmill, for appellees; William B. Gemmill, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Anna LaRocco, appellee, v. Joseph Antonello, appellant. Gen. No. 40,419.

Opinion filed May 2, 1939. Rehearing denied May 20, 1939.

Beverly & Klaskin, Harry I. Parsons and Levy, Sonnenschein & Mitchell, for appellant. Guy C. Guerine, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Alex Polatsek, appellee, v. Dr. Mandel Cohen, appellant. Gen. No. 40,428.

Opinion filed May 2, 1939.

George B. Cohen, Abraham H. Cohen and Jose Ward Hoover, for appellant. Morris A. Haft and Ira L. Shapiro, for appellee; Thomas Marshall, of counsel.

Mr. Justice Friend delivered the opinion of the court.